UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ERIC ERICSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00170-JAW |
| | ) | |
| SCOTT LANDRY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| ERIC ERICSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00171-JAW |
| | ) | |
| F. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTIONS TO STAY**

On December 14, 2016, Eric Ericson filed two identical motions to stay proceedings asking for sixty days to prepare and file an amended complaint. *Pl. Eric Ericson's Mot. for Stay of Proceedings and Mot. for Leave to File Am. Compl.* (ECF No. 25) (1:16-cv-00170-JAW); (ECF No. 27) (1:16-cv-00171-JAW). More than sixty days have passed since Mr. Ericson filed his December 14, 2016 motions and the Court has received no proposed amended complaint. Accordingly, the Court DISMISSES without prejudice his motions for stay and motions for leave to file amended complaint.

SO ORDERED.

                                        /s/ John A. Woodcock, Jr.
                                        JOHN A. WOODCOCK, JR.
                                        UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2017