UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIC ERICSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:16-cv-00170-JAW |
| | ) |
| SCOTT LANDRY, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 25, 2016 his Recommended Decision (ECF No. 18). The Plaintiff filed his objections to the Recommended Decision on November 9, 2016 (ECF No. 24). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge be and hereby is AFFIRMED.

2. It is further ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2016

On December 14, 2016, Eric Ericson filed two identical motions to stay proceedings asking for sixty days to prepare and file an amended complaint.  *Pl. Eric Ericson's Mot. for Stay of Proceedings and Mot. for Leave to File Am. Compl.* (ECF No. 25) (1:16-cv-00170-JAW); (ECF No. 27) (1:16-cv-00171-JAW).  More than sixty days have passed since Mr. Ericson filed his December 14, 2016 motions and the Court has received no proposed amended complaint.  Accordingly, the Court DISMISSES without prejudice his motions for stay and motions for leave to file amended complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2017