UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIC ERICSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   1:16-cv-00170-JAW |
| | ) |
| SCOTT LANDRY, | ) |
| | ) |
|     Defendant. | ) |

**AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 25, 2016 his Recommended Decision (ECF No. 18). The Plaintiff filed his objections to the Recommended Decision on November 9, 2016 (ECF No. 24). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Complaint (ECF No. 1) be and hereby is <u>DISMISSED</u>.

---

[1]    This Amended Order removes the extra text after the signature line contained in the Order Affirming (ECF No. 27) and corrects the date from August 29, 2016 to April 3, 2017.

SO ORDERED.

                                                 /s/ John A. Woodcock, Jr.
                                                 JOHN A. WOODCOCK, JR.
                                                 UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2017